DE KALB AVE. CO., Inc., Respondent, v. CLARKE, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by the De Kalb Avenue Company, Incorporated, against Thomas A. Clarke. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 152 N. Y. Supp. 1107.

DE KALB HOLDING CO. et al., Appellants, v. MADISON THEATRE CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by the De Kalb Holding Company and another against the Madison Theatre Company and others.

PER CURIAM. Motion granted, on condition that defendants file a bond in the sum of $25,000, or, in the alternative, deposit to the credit of the action $12,000, and in addition deposit on the 1st day of each month the sum of $4,000, perfect the appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion denied, with $10 costs. Settle order before Mr. Justice Rich. See, also, 165 App. Div. 202, 151 N. Y. Supp. 85.

DEL MONDO, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Vitorio Del Mondo against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, upon the authority of Bitondo v. New York Cent. & H. R. R. Co., 163 App. Div. 823, 149 N. Y. Supp. 339.

MERRELL, J., dissents.

DEMARTINI, Respondent, v. ZUNINO, Appellant. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by John Demartini against Frank A. Zunino. L. E. Brown, of New York City, for appellant. E. Turk, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DIME SAVINGS BANK OF BROOKLYN v. BUTLER. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the Dime Savings Bank of Brooklyn against Louise C. Butler. No opinion. Motion for leave to appeal (152 N. Y. Supp. 633) granted; question certified. Motion for continuation of time to answer denied. Order filed.

DI MOMBERCELLI, Respondent, v. VAN RIPER, Appellant. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by Alice C. Van Riper Di Mombercelli against Marie Van Riper, individually, etc. G. D. Carrington, of New York City, for appellant. W. P. Jeffery, of New York City, for respondent. No opinion. Judgment and order (in 87 Misc. Rep. 453, 150 N. Y. Supp. 841) affirmed, with costs. Order filed.

DOCK & MILL CO., Respondents, v. STAIB ABENDSCHEIN CO., Appellant. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by the Dock & Mill Company against the Staib Abendschein Company. R. E. McLear, of New York City, for appellant. M. Conboy, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DOERR, Respondent, v. CITY OF NEW YORK, Appellant. (No. 7064.) (Supreme Court, Appellate Division, First Department. April 23, 1915.) Appeal from Trial Term, New York County. Action by John J. Doerr against the City of New York. From a judgment for plaintiff, defendant appeals. Reversed, and complaint dismissed. E. Crosby Kindleberger, of New York City, for appellant. J. Arthur Hilton, of New York City, for respondent.

PER CURIAM. We think that the evidence fails to sustain a finding of negligence on the part of the defendant, and that the court should have granted the motion of the defendant at the end of the case to dismiss the complaint, to the denial of which the defendant excepted. The finding of the jury that the defendant was guilty of negligence is therefore reversed, and the judgment and order appealed from are reversed, with costs, and the complaint dismissed, with costs. Order filed.

DOHERTY, Appellant, v. DICKSON & TURNBULL, Respondent. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Delia Doherty, as administratrix, etc., against Dickson & Turnbull, a corporation. No opinion. Motions denied, without costs. See, also, 151 N. Y. Supp. 1112.

DONNELLY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by James F. Donnelly against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

DONOHUE v. CITY WATER POWER CO. et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by James M. Donohue, as receiver, against the City Water Power Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 61.

DONOHUE v. ESSEX COUNTY (two cases). (Supreme Court, Appellate Division, First Department. April 30, 1915.) Actions by Edward Donohue as administrator, against the County of Essex. No opinions. Orders affirmed, with $10 costs and disbursements. Orders filed. See, also, 152 N. Y. Supp. 1108.